ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorneys for the Defendant
KERRY BLAKNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>KERRY BLAKNEY,<br><br>    Defendant.                               / | No. CR 13-MJ-70292 MAG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING ARRAIGNMENT**<br>**AND/OR PRELIMINARY HEARING** |

    This case is set for arraignment or preliminary hearing on February 20, 2014.  Defense counsel is now unavailable that dau because he is set to begin a five defendant preliminary hearing in state court at 9:00 a.m. that morning, a hearing that was originally set for  February 13, 2014 but was continued one week.  The hearing is expected to last several days.  Defense counsel is also set to commence trial before Judge Tigar on March 3, 2014 and expects to be in trial through March  The parties have discussed a resolution and made steps to reach a resolution but additional steps remain to be taken before resolving the case.

    Accordingly, the parties stipulate and agree that the hearing on February 20, 2014 may be vacated and continued to April 4, 2014.  The parties further stipulate and agree that the time from the filing of this stipulation until April 4, 2014 may be excluded from the time in which this case

///

///

///

STIPULATION AND PROPOSED ORDER
MODIFYING BOND TO ALLOW TRAVEL

1  must be brought to trial based on defense counsel's unavailability and need to prepare this case.

3  **SO STIPULATED**.

5  Dated: February 18, 2014                 /S/Kevin Barry
                                             Assistant United States Attorney

7  Dated: February 18, 2014                 /S/Erik Babcock
                                             Attorney for Defendant

10  **SO ORDERED**.

12  DATED: 2/19/14                          *Kandis Westmore*
                                             HONORABLE KANDIS WESTMORE
                                             United States Magistrate Judge