1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6840
7      FAX: (415) 436-7123
       Email: kevin.barry@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,    )  NO. CR 13-MJ-70292 MAG
14                                 )
       Plaintiff,                      )
15                                 )
     v.                             )  **STIPULATION AND [PROPOSED] ORDER**
16                                 )  **CHANGING HEARING DATE**
   KERRY BLAKNEY,                   )
17                                 )
                                   )
18     Defendant.                 )
                                   )
19 _____)

20
          The Court has set May 2, 2014, at 9:30 a.m. as the date for a preliminary hearing or arraignment.
21
   The parties hereby stipulate to set the preliminary hearing or arraignment date on July 25, 2014, and they
22
   request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c).  This
23
   extension of time is necessary for the parties to explore possible pre-indictment resolution, specifically,
24
   to evaluate Defendant for the Court's pretrial diversion program through Pretrial Services.
25
          Should Defendant be accepted into the program, the parties will inform the Court and will ask for
26
   the July 25, 2014 date to be taken off calendar.
27

28
   STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
   CR CR 13-mj-70292 MAG                                     1

1     Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of time, and
2 the parties represent that good cause exists for this extension, including the effective preparation of
3 counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). For the same reasons, the parties also request that the Court
4 exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this Order through July 25,
5 2014. The parties also agree that the ends of justice served by granting such an exclusion of time
6 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

7
8     SO STIPULATED:
9                                             MELINDA HAAG
10                                               United States Attorney
11 DATED: April 30, 2014                               _____/s/_____
12                                               KEVIN J. BARRY
                                              Assistant United States Attorney
13
14 DATED: April 30, 2014                               _____/s/_____
15                                               ERIK BABCOCK
                                              Attorney for KERRY BLAKNEY
16
17
                                          Attestation of Filer
18
19     In addition to myself, the other signatory to this document is Erik Babcock. I attest that I have his
20 permission to enter a conformed signature on his behalf and to file the document.

21
22 DATED: April 30, 2014                               _____/s/_____
23                                               KEVIN J. BARRY
                                              Assistant United States Attorney
24
25                                      [~~PROPOSED~~] **ORDER**
26     For the reasons stated above, the Court sets July 25, 2014, as the date for the arraignment or
27 preliminary hearing. The Court finds that extension of time limits applicable under Federal Rule of
28 Criminal Procedure 5.1(c) from the date of this Order through July 25, 2014, is warranted; that exclusion

of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 5/1/14

_____
HON. DONNA M. RYU
United States Magistrate Judge