ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorneys for the Defendant
KERRY BLAKNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-MJ-70292 MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW TRAVEL** |
| v. | |
| KERRY BLAKNEY, | |
| Defendant. / | |

Defendant Blakney both coaches youth sports.  He is supposed to attend a baseball tournament in Las Vegas beginning May 22, 2014 returning May 26, 2014.  IT IS THEREFORE STIPULATED between the parties, with the concurrence of Pretrial Services, that the conditions of defendant's release may be modified to allow travel outside the district to attend this baseball tournament.  Defendant shall provide Pretrial Services with a travel itinerary in advance of all such travel.

**SO STIPULATED**.


Dated: May 20, 2014          /S/Kevin Barry
                             Assistant United States Attorney


///
///

STIPULATION AND PROPOSED ORDER
MODIFYING BOND TO ALLOW TRAVEL
US v. Blakney, No.  CR 13-MJ-70292 MAG

Dated: May 20, 2014        /S/Erik Babcock
                           Attorney for Defendant

**SO ORDERED**.

DATED: 5/20/14

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge