MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KEVIN BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 13-MJ-70292 MAG |
|     Plaintiff, ) | |
|   v. ) | **MOTION TO DISMISS AND [PROPOSED] ORDER** |
| KERRY GENEE BLAKNEY, ) | |
|     Defendant. ) | |

    The Defendant has successfully completed a one-year term of diversion under the direction of United States Pretrial Services. Pursuant to its agreement with Defendant, and based on his success, the United States moves to dismiss the Complaint against Defendant in this matter.

DATED: July 9, 2015                Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        _____/s/_____
                                        KEVIN J. BARRY
                                        Assistant United States Attorney

1 **[PROPOSED] ORDER**

2 Because Defendant has successfully completed a term of diversion under an agreement with the
3 United States, and for good cause shown, the Motion to Dismiss is hereby GRANTED, and the
4 Complaint in this action is DISMISSED.

6 IT IS SO ORDERED.

8 July 9, 2015

_____
HON. MARIA-ELENA JAMES
United States Magistrate Judge

MOTION TO DISMISS AND [PROPOSED] ORDER
CR 13-MJ- 70292 MAG